UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                  CASE NO. 07 B 20406
  MICHELE C COX-STINSON

                                        CHAPTER 13

                                        JUDGE: BRUCE W BLACK

        Debtor
  SSN XXX-XX-5911

------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 11/01/07 .

    2.  The case was dismissed without confirmation, 06/20/2008.

    3.  The Debtor paid a total of $  6300.00 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAN HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAN HOME MTGE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| AMERICREDIT FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| COL/DEBT COLLECTOR SYSTE | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| DIVERSIFIED COLLECTION S | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS & MEDICAL CRED | UNSECURED | NOT FILED | .00 | .00 |
| ACCOUNTS RECOVERY BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| WEST ASSET MANAGEMENT | UNSECURED | NOT FILED | .00 | .00 |

                Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, ERNESTO D BORGES JR       , was allowed $  3500.00
and was paid $   3000.00  direct and $   500.00  through the plan.

The Trustee received $     30.79 .

Refunds to the Debtor totaled $   5769.21 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 10/09/08                      /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```